

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

April 8, 2021

                                                    Application granted.

BY ECF                                                       SO ORDERED.

Honorable Ronnie Abrams
United States District Judge
United States District Court                                   Hon. Ronnie Abrams
40 Foley Square                                                      April 9, 2021
New York, New York 10007

                        Re:  Alexandra Asuncion Regino v. Comm'r of Soc. Sec.
                               20 Civ. 8518 (RA)

Dear Judge Abrams:

      This office represents the defendant Commissioner of Social Security in the above-referenced case. Pursuant to the schedule in this case, the administrative record is due on April 12, 2021. We write respectfully to request that the time to file the record be extended for 60 days, until June 11, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. We have attempted to obtain the consent of plaintiff, who is proceeding *pro se*, to this proposed adjournment, but she did not agree, stating that she has waited long enough. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this request.

                                    Respectfully,

                                    AUDREY STRAUSS
                                  United States Attorney

                       By:       s/ *Susan D. Baird*
                               SUSAN D. BAIRD
                               Assistant United States Attorney
                               tel. (212) 637-2713
                               Susan.Baird@usdoj.gov

Page 2

cc: <u>By Mail</u>

Alexandra Asuncion Regino
105 Elliot Place, Apt. 4C
Bronx, NY 10452