

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York. NY 10007*

June 9, 2021

Application granted.

BY ECF

SO ORDERED.

Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

_____
Hon. Ronnie Abrams
June 10, 2021

Re:  Alexandra Asuncion Regino v. Comm'r of Soc. Sec.
     20 Civ. 8518 (RA)

Dear Judge Abrams:

The administrative record is due in this Social Security case on June 11, 2021.  We write respectfully to request that the time to file the record be extended for 60 days, until August 10, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to the difficulty of preparing administrative records on a remote basis as a result of the pandemic and the dramatic increase in the number of Social Security cases filed.  We have attempted to obtain the consent of plaintiff, who is proceeding *pro se*, to this proposed adjournment, but three telephone calls to her were not answered and it was not possible to leave a message.  One prior adjournment was granted in this case.  We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:        s/   *Susan D. Baird*
           SUSAN D. BAIRD
           Assistant United States Attorney
           tel. (212) 637-2713
           Susan.Baird@usdoj.gov

cc:     <u>By Mail</u>

Alexandra Asuncion Regino
105 Elliot Place, Apt. 4C
Bronx, NY 10452