UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA ASUNCION REGINO,

        Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/21
```

20-CV-8518 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Moses. All pretrial motions and applications must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

**Defendant shall promptly deliver a courtesy copy of the e-CAR (Dkt. No. 13) to chambers by mail, overnight courier, or hand delivery. This requirement remains in effect notwithstanding the ongoing COVID-19 pandemic.**

If defendant wishes to file a motion for judgment on the pleadings, she shall do so no later than **October 12, 2021**. The motion for judgment on the pleadings must contain a full recitation of the relevant facts and a full description of the underlying administrative proceedings. Plaintiff shall, no later than **December 10, 2021**, file and serve her response, which must state any additional or contrary facts deemed necessary to resolve the case. Defendant shall file any reply no later than **January 3, 2022**.

The parties are reminded that, under the Standing Order, memoranda filed in support of or in opposition to any dispositive motion shall not exceed 25 pages, and reply memoranda shall not exceed 10 pages. Memoranda exceeding 10 pages must include a table of contents and a table of authorities, neither of which shall count against the page limit. Any party seeking to

exceed these page limitations must apply to Judge Moses for leave to do so, with copies to all

counsel, no fewer than seven days before the date upon which the memorandum must be filed.

The Clerk of the Court is respectfully directed to mail a copy of this order to the plaintiff.

Dated: New York, New York
       August 26, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2