

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York. NY 10007*

October 8, 2021

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  Alexandra Asuncion Regino v. Comm'r of Soc. Sec.
      20 Civ. 8518 (RA) (BCM)

Dear Judge Moses:

Pursuant to the schedule in the above-referenced Social Security case, the defendant's motion for judgment on the pleadings is due October 12, 2021.  We write respectfully to request that the time for filing the defendant's brief be adjourned for three weeks, to November 2, 2021. The reason for this request is the many competing deadlines on the calendar of the undersigned due to an increased number of Social Security filings and delay in preparation of the records in those cases.  We attempted to obtain the consent of plaintiff, who is proceeding *pro se*, but she did not consent, stating that she preferred not to delay this case.  No prior adjournment of the briefing schedule has been requested, although the Court did grant two adjournments of the time to file the record.  We appreciate the Court's consideration of this matter.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:        s/  *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:     By Mail (no fax or email available)

Alexandra Asuncion Regino
105 Elliot Place, Apt. 4C
Bronx, NY 10452

> Application GRANTED. Defendant shall file her brief no later than **November 2, 2021**. **No further extensions of defendant's deadlines will be granted.** Plaintiff shall file her response no later than **January 3, 2022**. Defendant shall file any reply no later than **January 24, 2022**.
>
> The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* plaintiff. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> October 12, 2021