```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA ASUNCIÓN REGINO,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

20-CV-8518 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court previously ordered plaintiff to file her brief in response to defendant's motion for judgment on the pleadings (Dkt. No. 22) no later than January 3, 2022. (Dkt. No. 21.) To date, plaintiff has not done so. Accordingly, the Court, *sua sponte*, EXTENDS plaintiff's time to file her responding brief to **no later than April 11, 2022**. Defendant shall file her reply brief, if any, **no later than May 2, 2022**. If plaintiff does not meet her new deadline, defendant's motion will be considered unopposed.

    The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

Dated: New York, New York
       March 11, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**