USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDRA ASUNCION REGINO,

                Plaintiff,

                v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.

No. 20-CV-8518 (RA)

ORDER ADOPTING
REPORT AND RECOMMENDATION

---

On October 9, 2020, Plaintiff Alexandra Regino filed the complaint in this action, seeking review of the October 4, 2019 decision of an administrative law judge ("ALJ") finding her ineligible for Supplemental Security Income. The case was referred to Magistrate Judge Moses for a report and recommendation. On August 31, 2022, Judge Moses issued a report and recommendation (the "Report") recommending that the Commissioner's unopposed motion for judgment on the pleadings be granted. Neither party filed objections to the Report.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(l). Parties may object to a magistrate judge's recommended findings "[w]ithin 14 days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2). "When the parties make no objections to the Report, the Court may adopt the Report if 'there is no clear error on the face of the record.'" *Smith v. Corizon Health Servs.*, No. 14-CV-8839 (GBD), 2015 WL 6123563, at *1 (S.D.N.Y. Oct. 16, 2015) (quoting *Adee Motor Cars, LLC v. Amato*, 388 F. Supp. 2d 250, 253 (S.D.N.Y. 2005)). "Furthermore, if as here . . . the magistrate judge's report states that failure to object will preclude appellate review and no objection is made within the allotted time, then the failure to object

generally operates as a waiver of the right to appellate review." *Hamilton v. Mount Sinai Hosp.*, 331 F. App'x 874, 875 (2d Cir. 2009) (internal citations omitted).

As no objections to the Report were filed, the Court has reviewed Judge Moses' Report for clear error. After careful review of the record and exhibits submitted with the complaint, the Court finds no error and thus adopts the well-reasoned Report in its entirety. It is therefore ordered that the Commissioner's motion for judgment on the pleadings is granted. The Clerk of Court is respectfully directed to terminate the motion at docket number 22 and close this case.

SO ORDERED.
Dated:  September 21, 2022
        New York, New York

_____
Ronnie Abrams
United States District Judge